IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| Cheryl A. Munday and Margaret Devine, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>-vs-<br><br>Beaufort County, Philip Foot, Quandara Grant, John Does 1-5 and Jane Does 1-5,<br><br>   Defendants.<br>_____ | CIVIL ACTION NO.:9:20-cv-02144-DCN-BM<br><br>**JOINT FEDERAL RULE 26(F) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Federal Rules of Civil Procedure, hereby report as follows (check one below):

_____ We agree that the schedule set forth in the Conference and Scheduling Order filed _____ is appropriate for this case. The parties' proposed discovery plan as required by Federal Rules of Civil Procedure Rule 26(f) and the information require by Local Civil Rule 26.03 are attached.

**XX** We agree that the schedule set forth in the Conference and Scheduling Order filed **June 22, 2020** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached here). The parties' proposed discovery plan as required by Federal Rules of Civil Procedure Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

1

_____    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Federal Rules of Civil Procedure with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.


HOWELL, GIBSON & HUGHES, P.A.


By: *s/Mary Bass Lohr*
Mary Bass Lohr
Bar No: 7804
Attorney for Beaufort County, Jane Doe 1-5, John Doe 1-5, Philip Foot and Quandara Grant

By: *s/Robert S. Metro*
Robert S. Metro
Bauer & Metro
Attorney for Margaret Devine and Cheryl A. Munday


Beaufort, South Carolina

July 27, 2020