IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| Cheryl A. Munday and Margaret Devine, on behalf of themselves and others similarly situated, | ) ) ) ) ) | C.A. # 9:20-cv-02144-DCN-MHC |
| Plaintiffs, | ) ) | **2ND AMENDED SCHEDULING ORDER** |
| -vs- | ) ) ) | |
| Beaufort County, Philip Foot, Quandara Grant, John Does 1-5 and Jane Does 1-5, | ) ) ) | |
| Defendants. _____ | ) ) | |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.  This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants.   Discovery may begin upon receipt of this order.

1. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

    Plaintiff:      **May 26, 2021**
    Defendant:   **June 16, 2021**

2. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **June 16, 2021.** Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

3. Discovery:  Discovery shall be completed no later than **August 27, 2021**. All discovery requests shall be served in time for the responses thereto to be served by this deadline.  All depositions must be taken before this deadline.

4. Dispositive Motions:  All dispositive motions and all Daubert motions shall be filed on or before **August 27, 2021**.

5. Mediation: Pursuant to Local Civil Rule 16.04-16.12, mediation shall be completed in this case on or before **September 30, 2021**. Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

_____
Molly H. Cherry
United States Magistrate Judge

February 18, 2021

WE CONSENT

**HOWELL, GIBSON & HUGHES, P.A.**

By: *s/Mary Bass Lohr*
 Mary Bass Lohr
ATTORNEY FOR DEFENDANTS

**PETERS, MURDAUGH, PARKER, ELTZROTH, & DETRICK, P.A.**

By: *s/Bert G. Utsey*
Bert G. Utsey
ATTORNEY FOR PLAINTIFF