IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
SOUTH CAROLINA—BEAUFORT DIVISION

| | | |
|---|---|---|
| Cheryl A. Munday and Margaret Devine, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| | ) | Civil Action No. 9:20-cv-02144-DCN-MHC |
| Plaintiffs, | ) ) | |
| v | ) ) | |
| Beaufort County, Philip Foot, Quandara Grant, John Does 1-5 and Jane Does 1-5, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO RECONSIDER, ALTER, OR AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND/OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND/OR, IN THE FURTHER ALTERNATIVE, TO CERTIFY FOR IMMEDIATE APPEAL**

Pursuant to the statutory and common law, Fed. R. Civ. P. Rule 52(b), 54(b), 56, and/or 59(e), and Local Civil Rule 7.01, Defendant Beaufort County ("County") respectfully moves for the relief set forth in their Memorandum in Support of this Motion, which is incorporated herein by reference, as if set forth at length.  That Memorandum in Support, which is being filed contemporaneously herewith, sets forth the substantive grounds for this Motion in detail.

BARNWELL, WHALEY, PATTERSON, AND HELMS, LLC

By: s/ John W. Fletcher
M. Dawes Cooke, Jr., Esq.
John W. Fletcher, Esq.
P.O. Drawer H (29402)
211 King Street, Suite 300
Charleston, SC  29401
(843) 577-7700
*Counsel for Defendant Beaufort County*

Dated: April 28, 2026
Charleston, South Carolina